**FULL NAME:** CHRISTOPHER WILLIAMS
COMMITTED NAME (if different):

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** VICTORVILLE USP

**PRISON NUMBER (if applicable):** 35731-177

FILED
CLERK, U.S. DISTRICT COURT
APR 30 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Related DDJ

CHRISTOPHER WILLIAMS PLAINTIFF,

v.

Salvador Villalon, MD DEFENDANT(S).

CASE NUMBER 2:21cv3726 - ODW-MAA
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? **one**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   It was pertaining to the issue in this complaint. There was error of who was defendants and wrong civil complaint filed.

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97) Page 1 of 6

a. Parties to this previous lawsuit:
   Plaintiff **Christopher Williams**

   Defendants **Desert Valley Hospital**

b. Court **United States District Court Central District of California**

c. Docket or case number **2:20-cv-09655-ODW-MAA**

d. Name of judge to whom case was assigned **Otis D. Wright, II**

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **Dismissed (Voluntary)**

f. Issues raised: **Deliberate Indifference**

g. Approximate date of filing lawsuit: **Oct. 20, 2020**

h. Approximate date of disposition **Nov. 23, 2020**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not **N/A**

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not **N/A**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Christopher Williams**
(print plaintiff's name)
who presently resides at **FBOP Victorville USP**,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Desert Valley Hospital**
(institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                                   Page 2 of 6

on (date or dates) __11/27/2019__, _____, _____.
                    (Claim I)             (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Salvador Villalon__ resides or works at
   (full name of first defendant)
   __Desert Valley Hospital__
   (full address of first defendant)
   __M.D.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Plaintiff suffered Malpratice by MD Villalon which lead to his injuries to go untreated for days.__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

Plaintiff suffered Medical Malpractice an Eighth Amendment violation with Deliberate Indifference. Plaintiff arrived at hospital for treatment. Trauma was evident of patient. Patient was discharged without having serious medical need treated. Pleader is entitled to relief. Adequate medicare and right of diagnose and treatment.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plaintiff arrived at Desert Valley Hospital for the cause of possible "overdose".
Upon arrival I, Christopher Williams, did tell medical staff that my R shoulder was dislocated and I was in serious pain. I was asked "pain where?" I stated "the pain in my R shoulder was severe, but im in pain all over from head to feet. Face upper body/chest ribs and legs, Everywhere, I think I fell down some stairs. I was given pain medication that did little to relieve the pain. Bloodwork was taken from me and I was admitted to the hospital.
Once I was seen by male (white) pa. I did complain of pain, mainly R shoulder and lower legs. X-Rays where taken of shoulder, but not of legs. I still complain to the MD once I was seen of pain in R

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Supporting Facts:

shoulder and pain in lower legs. I was told by MD Villalon that "there was no major damage to shoulder" "It will heal on its own," and the swelling in legs will go down. I just need to exercise them by "walking around." But I could not make it to the bathroom (which was actually like 6 feet away) without experiencing severe pain, let alone "walk around" (in shackle). It (pain) was so bad that once when I was taken for x-ray of head (because I had injury over (L) eyebrow) when I moved from or when I tried to move from one bed to the other (like 2 feet away) I nearly passed out. The hospital personnel (young white male) ask me did I want his help and he helped me (the prison guards are not allowed because of firearm on them) get on the other bed.

I was release from the hospital and return to this institution. I immediately sign up for sick call. After several days of trying to be seen I finally was. My (L) leg was badly swollen now do to I believe continually walking on it, being assign to top bunk, top tier walking everywhere. X-ray where taken and it was discovered my (L) fibula was broken. (See attachment of diagnose by this facility medical). I have continued to have pain in my leg & shoulder. There may have to be surgery.

5 of 6

Supporting Facts:

The judgement of M.D Villalon was egregious. Patients heeding to dr. advice to exercise or "walk around" on broke leg (break was not known at time but pain & swelling was) was grossly incompetent. Patient condition got worser. Upon having seen patient and numerous injuries (busted L eyebrow glued shut before arrival, dislocated shoulder, bruises, wounds and swollen hand & legs) an reasonable doctor would think worthy of treatment. There was not any tolerant level of pain by MD or pa. to see if the effect of serious injury or illness of patient. Patient does remember telling nurses his pain level while still a patient at hospital never was below a 7 from 1 to 10. With serious pain from walking, Plaintiff believing the medical advice of MD led to him to continue walking/going up or down stairs, having to climb (while in pain) on top bunk is beyond difference of opinion between a prisoner-patient and prison medical authorities. MD medical accessment and treatment was wrong.



## USP Victorville VIP

| | | | |
|---|---|---|---|
| Patient: | WILLIAMS, CHRISTOPHER (Male) | DOB: | 07/24/79 |
| Register#: | 35731-177 | Age: | 40 |
| Date: | 12/05/19 10:45 | Status: | OP |
| Slicecount: | 0 | | |
| History: | PAIN/SWELLING S/P FALL X 1 WK | | |
| Priors: | | | |
| Exams: | FILM LEFT TIB/FIB | | |
| Referring Phy: | | | |
| Ordering Phy: | Cortes-Reyes, A. FNP-BC | | |
| Ordering Phy #: | | | |
| Accession Numbers: | 202#BOP00137041 | | |

**Final Report**

**Exam: FILM LEFT TIB/FIB**

**HISTORY:** Injury one week ago

**TECHNIQUE:** 2 views obtained

**COMPARISON:** No prior imaging available

**FINDINGS:** There is a comminuted minimally displaced fracture through the mid to distal shaft of the left fibula. There is circumferential subcutaneous edema. There is no joint space abnormality. Bone mineralization is normal for age.

**IMPRESSION:**
Acute comminuted minimally mainly displaced fracture at the mid to distal shaft of the left fibula.

Radiologist:       Maurice Yu, MD

Study ready at 10:45 and initial results transmitted at 10:56

*attachment* (handwritten)



## USP Victorville VIP

| | | | |
|---|---|---|---|
| Patient: | WILLIAMS, CHRISTOPHER (Male) | DOB: | |
| Register#: | 35731-177 | Age: | 40 |
| Date: | 02/13/20 10:47 | Status: | OP |
| Slicecount: | 0 | | |
| History: | F/U FX | | |
| Priors: | | | |
| Exams: | FILM LEFT TIB/FIB | | |
| Referring Phy: | | | |
| Ordering Phy: | Mank, Michael DO | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00157448 | | | |

**Final Report**

**Exam: FILM LEFT TIB/FIB**

**HISTORY:** Follow-up

**TECHNIQUE:** 3 views obtained

**COMPARISON:** December 5, 2019

**FINDINGS:** There is nonunion of the nondisplaced comminuted fracture at the mid to distal left fibular diaphysis. There is subcutaneous edema above the left ankle and below the left calf. There is no new osseous abnormality.

**IMPRESSION:**
Nonunion of the nondisplaced fracture at the mid to distal left fibular shaft. Continued follow-up recommended.

Radiologist:            Maurice Yu, MD

Study ready at 10:49 and initial results transmitted at 12:05

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Of Monetary Compensation I ask for the sum of $150,000.00. I ask for all records, lab results, video etc. of the patient while his stay at D.V.H. be turned over and all blood taken from patient be destroyed.

04/25/2021
*(Date)*

Christopher Williams
*(Signature of Plaintiff)*



Moreno Valley P&DC 925
TUE 27 APR 2021

RECEIVED
APR 30 2021
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CHRISTOPHER WILLIAMS
#357
VICTORVILLE USP
P.O. Box 3900
# Adelanto, Ca. 92301

Central District of California,
United States Courthouse,
255 EAST TEMPLE Street,
Los Angeles, Ca. 90012.

(Legal Mail)